610

CINCINNATI BAR ASSOCIATION *v.* MCCONNELL.

[Cite as Cincinnati Bar Assn. *v.* McConnell (1989), 43 Ohio St. 3d 610.]

(No. D.D. 81-16—Submitted May 3, 1989—Decided June 14, 1989.)

ON PETITION FOR REINSTATEMENT.

The petition for reinstatement to the practice of law is granted on the condition that petitioner, Terrance A. McConnell, make full restitution in the sum of $3,750 to Loretta Campbell prior to his taking the oath of office and this court's issuing the order of reinstatement.

(For earlier case, see *Cincinnati Bar Assn.* v. *McConnell* [1981], 68 Ohio St. 2d 60, 22 O.O. 3d 263, 428 N.E. 2d 414.)

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

MIDWESTERN INDEMNITY COMPANY, APPELLANT, *v.*
RELIANCE INSURANCE COMPANY, APPELLEE, ET AL.

[Cite as Midwestern Indemn. Co. *v.* Reliance Ins. Co. (1989),
43 Ohio St. 3d 610.]

(No. 88-830—Submitted April 25, 1989—Decided June 14, 1989.)

*Freund, Freeze & Arnold* and *Stephen V. Freeze,* for appellant.

*Bieser, Greer & Landis* and *Gregory P. Dunsky,* for appellee.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

MOYER, C.J., dissents.

MOYER, C.J., dissenting. I would affirm the judgment of the court of appeals.